UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
CLIFFORD SEVERIN,

        Plaintiff,                    24-cv-720 (JSR)

    -v-                               ORDER

SPRING OAKS CAPITAL, LLC,

        Defendant.
```

JED S. RAKOFF, U.S.D.J.:

On April 9, 2024, counsel informed the Court that the parties have reached a settlement. See ECF No. 24. Accordingly, the Court hereby dismisses this case with prejudice, with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

SO ORDERED.

New York, NY
April 10, 2024

JED S. RAKOFF, U.S.D.J.

1